IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants.<br>_____/ | MISC No. 08-80208 JSW<br><br>**ORDER RE PRE-FILING REVIEW** |

    By Order filed February 15, 2006, the United States District Court for the Northern District of California declared plaintiff Vance S. Elliot a vexatious litigant. He is required to obtain leave of court before filing any new complaints.

    To the extent Plaintiff's handwritten complaint is decipherable, it appears as though Plaintiff has tried to raise the same claim in at least three different lawsuits. (*See* MISC No. 06-80272; MISC No. 07-80009; MISC No. 07-80258). Each time, the Court denied Plaintiff leave to proceed because he failed to state a claim. The Court similarly finds here that Plaintiff has not alleged any facts that pertain to a denial of his Constitutional rights. Accordingly, the Court DENIES Plaintiff leave to proceed in Misc No. 08-80208.

    **IT IS SO ORDERED.**

Dated: October 16, 2008

                                                        JEFFREY S. WHITE<br>                                                        UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>  Plaintiff,<br><br> v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO et al,<br><br>  Defendant. / | Case Number: CV08-80208 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
74 Sixth Street, #226
San Francisco, CA 94103

Dated: October 16, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk