IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT, | |
|     Plaintiff, | MISC No. 08-80208 JSW |
| v. | **ORDER RE REQUEST TO FILE AN AMENDED COMPLAINT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
|     Defendants. | |

On October 16, 2008, the Court denied plaintiff Vance S. Elliot leave to proceed in this action. The Court noted that to the extent Plaintiff's handwritten complaint was decipherable, it appears as though Plaintiff had tried to raise the same claim in at least three different lawsuits. (*See* MISC No. 06-80272; MISC No. 07-80009; MISC No. 07-80258). Each time, the court denied Plaintiff leave to proceed because he failed to state a claim. Here, the Court similarly found that Plaintiff had not alleged any facts that pertain to a denial of his Constitutional rights. Plaintiff now seeks leave to file an amended complaint. The Court construes his request as one for leave to file a motion for reconsideration. Upon review of the proposed amended complaint, the Court finds that Plaintiff still has not alleged any facts that pertain to a denial of his Constitutional Rights. The Court further notes that Plaintiff seeks to challenge an ordinance that was passed in 1999, to the extent he could allege facts that pertain to a denial of his Constitutional Rights, such claims would likely be barred by the statute of limitations.

1  Accordingly, the Court DENIES Plaintiff leave to file a motion for reconsideration and
2  DENIES Plaintiff leave to file an amended complaint.  This matter is CLOSED.
3  **IT IS SO ORDERED.**
4  Dated: October 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO et al,

    Defendant.

Case Number: CV08-80208 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
74 Sixth Street, #226
San Francisco, CA 94103

Dated: October 27, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk